# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

Anthony J. Lastovich,

Debtor.

BKY 19-50848
Chapter 13

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Monica Clark of the law firm of Dorsey & Whitney LLP appears as counsel for Caterpillar Financial Services Corporation.

Monica Clark requests that all parties in interest and all counsel of record provide her with copies of all notices, pleadings, and other filings in the above-captioned case, including any adversary proceedings. Pursuant to Bankruptcy Rule 2002(g), all notices and papers should be sent to the following address:

> Monica Clark
> Dorsey & Whitney LLP
> 50 South Sixth Street, Suite 1500
> Minneapolis, MN  55402-1498
> Phone:  (612) 340-2600
> Fax:     (612) 340-2643
> clark.monica@dorsey.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes all notices and papers referred to in the Bankruptcy Rules and Local Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, pleading or request, formal or informal, whether conveyed by mail, telephone, or otherwise.

4831-7962-9505\1

Dated:  June 23, 2020					DORSEY & WHITNEY LLP

							By  e/ Monica Clark
							     Monica Clark (#28211X)
							     Suite 1500, 50 South Sixth Street
							     Minneapolis, MN  55402-1498
							     Telephone: (612) 340-2600
							     Facsimile: (612) 340-2643

							*Attorneys for Caterpillar Financial
							Services Corporation*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Anthony J. Lastovich,

BKY 29-50848
Chapter 13

Debtor.

## UNSWORN CERTIFICATE OF SERVICE

I, Monica Clark, of Dorsey & Whitney LLP, declare that, on June 23, 2020, I caused the following document:

**Notice of Appearance and Request for Notice**

to be filed electronically with the Clerk of Bankruptcy Court through ECF, and that ECF will send an e-notice of the electronic filing to all ECF participants.

I further declare that I caused a copy of the foregoing document to be mailed by first class mail, postage paid, to the following non-ECF participant by enclosing same in an envelope with first class mail postage and depositing same in the post office at Minneapolis, Minnesota, addressed as follows:

Anthony J. Lastovich
7181 Ellen Lane
Side Lake, MN  55781

Dated:  June 23, 2020

DORSEY & WHITNEY LLP

By  e/ Monica Clark
Monica Clark (#28211X)
Suite 1500, 50 South Sixth Street
Minneapolis, MN  55402-1498
Telephone: (612) 340-2600
Facsimile: (612) 340-2643

*Attorneys for Caterpillar Financial Services Corporation*