# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

Anthony J. Lastovich,

    Debtor.

Bky No. 19-50848

Chapter 13

## ORDER

This case is before the court on the motion of Caterpillar Financial Services Corporation.

Based on the motion and the file,

**IT IS ORDERED**: The deadline for Caterpillar Financial Services Corporation to file its proof of claim is extended to June 22, 2020.

Dated: *July 20, 2020*

/e/ Robert J. Kressel

    Robert J. Kressel
    United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *07/20/2020*
Lori Vosejpka, Clerk, by AMM

4828-1869-0499\2