## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In Re:  Anthony J. Lastovich,                                    BKY 19-50848 Chapter 13

Debtor.

## ORDER AVOIDING LIENS

This case is before the court on the debtor's expedited motion to avoid the fixing of judicial liens. Based on the motion and the file,

IT IS ORDERED:

1.  The request for expedited relief is granted.

2.  The judicial liens described below are avoided as to the following real estate and any proceeds thereof:

Lot 2, Block 1, Sellars Beach, Saint Louis County, MN

a.  The apparent lien in favor of Ess Brothers and Sons, Inc. in St. Louis County Minnesota, District Court File Number 69DU-CV-18-1457 in the original amount of $8,657.86.

b.  The apparent lien in favor of Teamsters Local 346 Savings and 401(k) Plan in St. Louis County Minnesota, District Court File Number 69DU-CV-18–2917 in the original amount of $51,566.39.

c.  The apparent lien in favor of Teamsters Local 346 Savings and 401(k) Plan in United States District Court, District of Minnesota Civil File Number 18-CV-01189 in the original amount of $51,566.39

d.  The apparent lien in favor of David Schrunk and Steven Sauer as Trustees of the Minnesota Teamsters Construction Division Health and Welfare Fund, in St. Louis County Minnesota, District Court File Number 69DU-CV-19-126 in the original amount of $12,309.46.

e.  The apparent lien in favor of David Schrunk and Steven Sauer as Trustees of the

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 09/03/2020
Lori Vosejpka, Clerk, by LH

Minnesota Teamsters Construction Division Health and Welfare Fund, in United States District Court, District of Minnesota Civil File Number 17-CV-05296 in the original amount of $12,309.46.

f.  The apparent lien in favor of John Nesse and Tim Mackey, as Trustees of the Minnesota Laborers Health and Welfare Fund in St. Louis County Minnesota, District Court File Number 69DU-CV-19-127 in the original amount of $15,838.85.

g.  The apparent lien in favor of John Nesse and Tim Mackey, as Trustees of the Minnesota Laborers Health and Welfare Fund in United States District Court, District of Minnesota Civil File Number 17-CV-03385 in the original amount of $15,838.85.

h.  The apparent lien in favor of North East Technical Services in St. Louis County Minnesota, District Court File Number 69HI-CV-18-751 in the original amount of $8,305.55.

i.  The apparent lien in favor of Laurentian Aggregate, LLC in St. Louis County Minnesota, District Court File Number 69HI-CV-18-807 in the original amount of $62,639.50.

j.  The apparent lien in favor of Capital One Bank (USA) N.A. in St. Louis County Minnesota, District Court File Number 69HI-CV-19-955 in the original amount of $14,872.28.

k.  The apparent lien in favor of Retail Capital Partners, LLC d/b/a Credibly in St. Louis County Minnesota, District Court File Number 69DU-CV-19-1220 in the original amount of $34,022.56.

l.  The apparent lien in favor of Glen Johnson and Timothy Gillen Trustees of the Operating Engineers Local #49 Health and Welfare Fund, et al in United States

District Court, District of Minnesota Civil File Number 18-CV-421 (LIB) in the original amount of $28,097.90.


Dated:  September 3, 2020

/e/ Robert J. Kressel

**United States Bankruptcy Judge**