# HEDTKE LAW OFFICE

| | | |
|---|---|---|
| 1217 EAST FIRST STREET<br>DULUTH, MINNESOTA 55805<br>E-MAIL: john@hedtkelaw.com | **John F. Hedtke**<br>ATTORNEY AT LAW | TEL: (218) 728-1993<br>FAX: (218) 728-0038 |

September 29, 2020

US Trustee
1015 US Courthouse
300 So. 4th Street
Minneapolis MN 55415

Kyle Carlson, Chapter 13 Trustee
P.O. Box 519
Barnesville, MN 56514

    Re:    Anthony Lastovich
              Case No.:  19-50848

Dear Clerk:

Please note that the above-referenced Debtor has a new address. It is as follows:

    **Anthony Lastovich**
    **Po Box 459**
    **Chisholm, MN 55719**

Thank you.

              Very truly yours,

              /s/ John F. Hedtke

              John F. Hedtke