**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Anthony J. Lastovich

Case No: 19–50848 – RJK

Debtor(s)

Chapter 13 Case

**ORDER AND NOTICE OF DISMISSAL**

The chapter 13 trustee has requested that the court dismiss Anthony J. Lastovich. After notice and hearing the court has determined that the case as to Anthony J. Lastovich should be dismissed.

IT IS THEREFORE ORDERED:

The case as to Anthony J. Lastovich is dismissed under 11 U.S.C. §§ 349 and 1307.

Dated: 10/19/20

Robert J Kressel
United States Bankruptcy Judge

> NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT
> Filed and docket entry made on October 19, 2020
> Lori Vosejpka  Clerk, United States Bankruptcy Court
> By: sherri Deputy Clerk

**odsm/mnbodsm.jsp 8/15**