**Fill in this information to identify the case:**

Debtor 1: Anthony J. Lastovich aka Tony Lastovich dba Tony's Construction asf Northland Demolition and Recycling, Inc.

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the District of Minnesota
(State)

Case number: 19-50848 RJK

Official Form 410S1
# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1

**Name of Creditor:** Lakeview Loan Servicing, LLC

**Last four digits** of any number you use to identify the debtor's account: XXXXXX6274

**Court Claim No.** (if known): 22

**Date of Payment Change:**
Must be at least 21 days after date of this notice.     September 1, 2020

**New total payment:**
Principal, interest, and escrow, if any     $1,846.85

## Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**

☐ No.
☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

**Current escrow payment:** $567.67         **New escrow payment:** $586.76

## Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate account?**

☒ No.
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a statement is not attached, explain why: _____

**Current interest rate:** _____ %       **New interest rate:** _____ %

**Current principal and interest payment:** $ _____    **New principal and interest payment:** $ _____

## Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
*(Court approval may be required before the payment change can take effect.)*
Reason for change: _____

**Current mortgage payment:** $ _____     **New mortgage payment:** $ _____

## Part 4: Sign Here

The person completing this notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X   /s/ James Dohnalek
    Signature

Date: 7/31/20

**Print:**   James Dohnalek, Jr
            First Name    Middle Name    Last Name

Title  Attorney for Creditor

Company   Shapiro & Zielke, LLP

Address   12550 West Frontage Road, Suite 200
          Number        Street

          Burnsville, MN 55337
          City                    State    ZIP Code

Contact phone   (952) 831-4060

Email   jdohnalek@logs.com

**Upon written request, debtor is entitled to the following information:**

- **A copy of debtor's payment history from the period the loan was last less than 60 days delinquent to present;**

- **A copy of the note or lost note affidavit, where applicable;**

- **The name of the investor that holds the loan; and**

- **If creditor has commenced foreclosure or filed a Proof of Claim, debtor may obtain copies of any assignment of mortgage or deed of trust required to demonstrate the right to foreclose on the note under applicable state law.**

19-50848  RJK

## CERTIFICATE OF SERVICE

**STATE OF MINNESOTA**       )
                             ) SS
**COUNTY OF DAKOTA**         )

I, Cara Pardue, declare under penalty of perjury, say that on July 31, 2020, I mailed via U.S. Mail and CM/ECF emailed copies of the annexed Notice of Mortgage Payment Change and Certificate of Service on the following interested parties at their last known address.

Anthony J. Lastovich aka Tony Lastovich
dba Tony's Construction
asf Northland Demolition and Recycling, Inc.
7181 Ellen Ln
Side Lake, MN 55781

Additional Copy(s) served electronically through the Court's ECF System or by first class U.S. mail postage addressed to:

Via CM/ECF Email:

Attorney for Debtor(s)
John F. Hedtke
Hedtke Law Office
1217 E 1st St
Duluth, MN 55805

Chapter 13 Trustee
Kyle L. Carlson
PO Box 519
Barnesville, MN 56514

US Trustee
1015 US Courthouse
300 S 4th St
Minneapolis, MN 55415

                                            ___/s/ Cara Pardue_____
                                            Cara Pardue